**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| ANA DAVIS ) | |
| ) | |
|    *Plaintiff,* ) | |
| ) | |
| v. ) | **Civil Action No. 3:23-cv-00046-KC** |
| ) | |
| **SUPREME LABOR SOURCE, LLC** ) | |
| **d/b/a a/k/a CLARK CONTRACTING,** ) | |
| **LLC d/b/a a/k/a SERVPRO OF** ) | |
| **DOUGLAS COUNTY d/b/a/ a/k/a** ) | |
| **SERVPRO INDUSTRIES INC., and** ) | |
| **WYOMING NATIONAL LOGISTICS;** ) | |
| | |
|    *Defendants.* | |

## JOINT NOTICE OF SETTLEMENT

Please take notice that Plaintiff Ana Davis, Defendant Supreme Labor, and Defendant Wyoming National (collectively "the Parties") have reached a settlement in this matter in principle. The Parties expect to finalize that settlement within 45 days of this notice. A stipulation of dismissal will be filed with the Court upon finalization of the settlement. Given this, the Parties respectfully request that the status conference set for January 9, 2025 be canceled.

                                                                       Respectfully submitted,

                                                                       */s/ Bethany M. Vanhooser*
                                                                       Samuel L. Jackson (BPR No. 021541),
                                                                       (admitted *pro hac vice)*
                                                                       Bethany M.Vanhooser (BPR No. 038594)
                                                                       SPENCER FANE LLP
                                                                       511 Union Street, Suite 1000
                                                                       Nashville, TN 37219
                                                                       (615) 238-6300 Phone
                                                                       (615) 238-6301 Facsimile
                                                                       sjackson@spencerfane.com
                                                                       bvanhooser@spencerfane.com

DeAndrea C. Washington
Texas Bar No. 24070814
Federal I.D. No. 1057772
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
(713) 552-1234 [Telephone]
(713) 963-0859 [Facsimile]
dwashington@spencerfane.com

*Counsel for Defendant Supreme Labor*


*/s/ Jill K. Bigler* (w/ permission)
Jill K. Bigler
Chris T. Page McGinnis
Ohio Bar No. 0099165
Epstein Becker & Green, P.C.
250 West Street, Suite 300
Columbus, Ohio 43215
jbigler@ebglaw.com
ctpage@ebglaw.com

Greta Ravitsky
Epstein Becker & Green, P.C.
700 Louisiana Street, Suite 3950
Houston, Texas 77002
gravitsky@ebglaw.com

*Counsel for Defendant,*
*Wyoming National Logistics*


*/s/ Soraya Y. Hanshew* (w/ permission)
Soraya Yanar Hanshew
The Hanshew Law Firm, PLLC
632 Moondale Drive
El Paso, Texas 79912
syhlaw@outlook.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this 2nd day of January, 2025 a true and exact copy of this Notice was filed electronically using the Court's CM/ECF system and was automatically served on the below counsel of record:

Soraya Yanar Hanshew, Esq.
The Hanshew Law Firm, PLLC
632 Moondale Drive
El Paso, Texas 79912
syhlaw@outlook.com

*Counsel for Plaintiff*

Jill K. Bigler
Chris T. Page McGinnis
Ohio Bar No. 0099165
Epstein Becker & Green, P.C.
250 West Street, Suite 300
Columbus, Ohio 43215
jbigler@ebglaw.com
ctpage@ebglaw.com

Greta Ravitsky
Epstein Becker & Green, P.C.
700 Louisiana Street, Suite 3950
Houston, Texas 77002
gravitsky@ebglaw.com

*Counsel for Defendant,*
*Wyoming National Logistics*

*/s/ Bethany M. Vanhooser*