**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ANA DAVIS,** | § | |
| | § | |
|   Plaintiff, | § | |
| | § | |
| v. | § | **CAUSE NO. EP-23-CV-46-KC** |
| | § | |
| **SUPREME LABOR SOURCE, LLC** | § | |
| **and WYOMING NATIONAL** | § | |
| **LOGISTICS,** | § | |
| | § | |
|   Defendants. | § | |

## ORDER

On this day, the Court considered the case. On January 2, 2025, the parties informed the Court that they reached an agreement to resolve this matter and are working to finalize settlement. Notice of Settlement, ECF No. 71. Accordingly, unless the parties submit final closing papers **on or before February 16, 2025**, the Court will dismiss the case without costs and without prejudice to the rights of either party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**IT IS FURTHER ORDERED** that the in-person hearing set for January 9, 2025, is **CANCELED**.

**IT IS FURTHER ORDERED** that Defendant Wyoming National Logistics' Motion for Summary Judgment, ECF No. 51, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant Supreme Labor Source, LLC's Motion for Summary Judgment, ECF No. 52, is **DENIED** as moot.

**SO ORDERED**.

SIGNED this 3rd day of January, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE