IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-46-KC |
| | § | |
| SUPREME LABOR SOURCE, LLC | § | |
| and WYOMING NATIONAL | § | |
| LOGISTICS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal, ECF No. 73. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Stipulation of Dismissal, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 18th day of February, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE